UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL MELLENTHIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26 CV 1046 CDP |
| | ) | |
| COMMERCIAL NET LEASE REALTY, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before me for *sua sponte* review under Rule 4(m), Federal Rules of Civil Procedure.

Plaintiff Daniel Mellenthin filed his original complaint in June 2026, naming Commercial Net Lease Realty, Inc., and AMPEX Brands of St. Louis 2, LLC, as defendants. Service of that original complaint was effected on defendant Commercial Net on August 3, 2026, making its responsive pleading due August 24. On August 12, however, Mellenthin filed an amended complaint, adding Keystone Management Partners, LLC, as a defendant and dismissing AMPEX. Commercial Net remained as a defendant in the amended complaint, and Mellenthin's allegations against it did not change. At the time Mellenthin filed the amended complaint, Commercial Net had neither entered an appearance in the case nor responded to the original complaint. Nor has it entered an appearance since.

Under Rule 4(m), the Court, after notice to the plaintiff, is directed to dismiss

an action against a defendant upon whom service has not been made within 90 days after the filing of the complaint. Although Commercial Net was served with the original complaint, there is no indication in the file as to whether (or when) it was served with the amended complaint. And since it had not yet entered an appearance in this action on the original complaint, service of the amended complaint on Commercial Net could not have occurred through the Court's electronic-filing system.

I will give Mellenthin 90 days from the filing of the amended complaint by which to effect service of the amended complaint on defendant Commercial Net. Because Commercial Net will have only 14 days from service within which to answer or otherwise respond, *see* Fed. R. Civ. P. 15(a)(3), summons issued to Commercial Net on the amended complaint must state that time period within which it must appear and defend. Fed. R. Civ. P. 4(a)(1)(D).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Daniel Mellenthin shall cause service of the amended complaint to be effected upon defendant Commercial Net Lease Realty, Inc., not later than **November 10, 2026.** In the absence of good cause shown, failure to effect timely service shall result in the dismissal without prejudice of plaintiff's claims against the unserved defendant.

Catherine D Perry

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of October, 2026.